UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CLARENCE JOSEPH JASON #2512331** | **CASE NO. 3:21-CV-03405 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHNNY HEDGEMON ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 97] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant James M. LeBlanc's Motions to Dismiss [Doc. Nos. 31 and 70] for lack of subject matter jurisdiction and failure to state a claim are **GRANTED**, and that Clarence Joseph Jason's claims against him in both his individual and official capacities are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Clarence Joseph Jason's request for transfer is **DENIED AS MOOT**.

**MONROE, LOUISIANA**, this 17th day of October 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE