UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CLARENCE JOSEPH JASON #2512331** | **CASE NO. 3:21-CV-03405 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHNNY HEDGEMON ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 149] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Carla Costello's Motion for Summary Judgment [Doc. No. 107] is **GRANTED,** and all claims against her are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants Johnny Hedgemon, Robert Russell, and Wydette Williams' Motion for Summary Judgment [Doc. No. 136] is **GRANTED,** and all claims against them are **DISMISSED WITH PREJUDICE**.[1]

MONROE, LOUISIANA, this 8th day of May 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] This resolves all claims against all remaining Defendants.